```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0019--CR (TWH)
                    "USA V DANANN MARIE CHAVEZ"
                    DEF 1.1 CHAVEZ, DANANN MARIE

        Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 04/05/05
              Closed: 10/18/05
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Mary Jane Haden
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: J. Thomas Bartleson
                     Special Assistant U.S. Attorney
                     101 12th Avenue, Room 310
                     Box 2
                     Fairbanks, AK 99701
                     907-353-6554
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 CHAVEZ, DANANN MARIE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 18:13-7220 AS 28.35.280 Minor operating a vehicle after consuming alcohol (P) | Acquitted (17-1) |
| 1 - 1 INF | 2 | 18:13-7220 AS 28.35.280 Minor operating a vehicle after consuming alcohol (P) | Acquitted (17-1) |
| 1 - 1 INF | 3 | 18:13-7210 AS 28.35.030 DWI (M) | Dismissed (58-2) |
| 1 - 1 INF | 4 | 18:13-7210 AS 28.35.030 DWI (M) | Dismissed (58-2) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0019--CR (TWH)
                                   "USA V DANANN MARIE CHAVEZ"
                                   DEF 1.1 CHAVEZ, DANANN MARIE

                    Including terminated defendants, excluding terminated counsel


  1 -    1 INF    5       21:844A Posession of a controlled substance (M)    Sentenced
                                                                             (58-2)

  1 -    1 INF    6       18:1382 Unlawful entry onto military property (P)  Dismissed
                                                                             (58-2)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F05-0019--CR (TWH)
                                    "USA V DANANN MARIE CHAVEZ"

                                           For all filing dates
```

Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
           Filed: 04/05/05
          Closed: 10/18/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/05/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 04/07/05 | Issued: Summons. Original and service copy to USMS. |
| 2 - 1 | 04/07/05 | [Re: DEF 1] TWH Minute Order setting arr for 04/29/2005 at 11:00 a.m. cc; SAUSA, FPO, USM, FPD |
| 3 - 1 | 04/07/05 | Return of summons executed by USMS 04/07/05 at Fairbanks. cc; SAUSA, FPO, FPD, USM |
| 4 - 1 | 04/26/05 | DEF 1 motion (on shortened time) to allow counsel to appear telephonicall at 4/29/05 hearing. |
| 5 - 1 | 04/26/05 | DEF 1 motion to dismiss counts 1 and 2 of the information for lack of federal jurisdiction. |
| 6 - 1 | 04/27/05 | [Re: DEF 1] TWH Order granting motion (on shortened time) to allow counsel to appear telephonically at arr (4-1). |
| 7 - 1 | 04/28/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss counts 1 and 2 of the information for lack of federal jurisdiction (5-1). |
| 8 - 1 | 04/29/05 | DEF 1 Consent to Proceed Before Magistrate Judge. |
| 9 - 1 | 05/02/05 | DEF 1 reply to opposition to DEF 1 motion to dismiss counts 1 and 2 of the information for lack of federal jurisdiction (5-1). |
| 10 - 1 | 05/03/05 | DEF 1 Financial Affidavit. |
| 11 - 1 | 05/03/05 | [Re: DEF 1] Order setting conditions of release. |
| 12 - 1 | 05/03/05 | [Re: DEF 1] TWH Order regarding preparation for trial, disovery due by 05/13/05, if parties cannot reach an agreement then parties shall meet in office for defendants counsel on 05/16/05, pretrial motions due by 05/27/05. cc: USA, USM, FPO, FPD, Judge Hall. |
| 13 - 1 | 05/03/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] plead not guilty to all counts, Government's oral motion to amend information to reflect defendant's married name to Danann Marie Chavez GRANTED, FPD accepted appointment, oral arguments on pending motions set for 05/05/05 at 1:30 p.m., discovery due by 05/13/05, final pretrial conference set for 06/17/05 at 9:00 a.m., trial date set for 06/23/05 at 10:00 a.m. cc: USA, USM, FPO, FPD, Judge Hall |
| 14 - 1 | 05/03/05 | [Re: DEF 1] PLF 1 Supplement re: response to DEF 1 motion to dismiss counts 1 and 2 of the information for lack of federal jurisdiction (5-1). |
| 15 - 1 | 05/04/05 | DEF 1 reply to governments Supplement re: response to DEF 1 motion to dismiss counts 1 and 2 of the information for lack of federal |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F05-0019--CR (TWH)
                           "USA V DANANN MARIE CHAVEZ"

                              For all filing dates

Document #    Filed       Docket text
_____    _____       _____
                          jurisdiction. (5-1)

  16 -   1    05/05/05    [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause]. Oral argument held
                          on motion to dismiss cts 1 and 2 at Dkt. 5.  Court granted motion to
                          dismiss w/o prejudice counts 1 and 2 of the information for lack of
                          federal (5-1).  Court granted oral motion to dismiss w/o prejudce CVB
                          ticket #AL11/A1267713. Government to file superceding information.  cc:
                          USA; USM; USPO; MJ Haden, FPD; MJ Hall.

  17 -   1    05/16/05    [Re: DEF 1] TWH Judgment of Discharge found not guilty on count(s) 1,2
                          of the Information (1-1).

  18 -   1    05/24/05    [Re: DEF 1] Transcript re: O/A on Mot to dism Ct 1 held 5/5/05.

  19 -   1    05/26/05    [Re: DEF 1] PLF 1 Appeal from Magistrate Judge's Order.  cc: USA; FPD;
                          Judge Beistline; MJ Hall.

  20 -   1    05/26/05    [Re: DEF 1] Clerk's Notice reassigning case to Judge Beistline.  cc:
                          USA; FPD; Judge Beistline; MJ Hall.

  21 -   1    05/27/05    DEF 1 motion to dismiss count VI as duplicitous.

  22 -   1    05/27/05    DEF 1 motion to compel election between multiplicitous conuts.

  23 -   1    05/27/05    DEF 1 motion to suppress.

  23 -   2    05/27/05    DEF 1 motion (request) for an evidentiary hearing.

  24 -   1    05/27/05    DEF 1 motion to sever counts & memo of law in support.

  25 -   1    06/01/05    [Re: DEF 1] Clerk's Notice withdrawing Dkt # 20.  Dkt. #19 referred to
                          Judge Beistline.  cc: USA; FPD; MJ Hall; Judge Beistline.

  26 -   1    06/06/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss count VI as
                          duplicitous (21-1).

  27 -   1    06/06/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever counts (24-1).

  28 -   1    06/06/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel election between
                          multiplicitous conuts (22-1).

  29 -   1    06/06/05    [Re: DEF 1] PLF 1 opposition (response) to DEF 1 motion to suppress
                          (23-1), DEF 1 motion (request) for an evidentiary hearing (23-2).

  30 -   1    06/07/05    DEF 1 motion for leave of court to file a reply to Govts response to
                          motion to compel election between multiplicitous counts (on shortened
                          time).

  31 -   1    06/08/05    DEF 1 motion(on shortened time) for leave of court to file a reply to
                          governments response to motion to suppress.

  32 -   1    06/08/05    DEF 1 reply to opposition to DEF 1 motion to compel election between
                          multiplicitous conuts (22-1).

  33 -   1    06/08/05    [Re: DEF 1] TWH Order granting motion for leave of court to file a reply
                          to Govts response to motion to (30-1). cc: Bartleson, Haden, FPO, USM

  34 -   1    06/09/05    [Re: DEF 1] TWH Minute Order setting status conference for 11:15 a.m. on
                          06/10/05. cc: Bartleson, Haden, FPO, USM
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE F05-0019--CR (TWH)
                                  "USA V DANANN MARIE CHAVEZ"

                                       For all filing dates

Document #     Filed     Docket text


    35 -  1   06/10/05   [Re: DEF 1] TWH Order granting motion for leave of court to file a reply
                         to governments response to motion to suppress (31-1). cc: USA, FPD

    36 -  1   06/10/05   DEF 1 reply to opposition to DEF 1 motion to suppress (23-1) w/att exh.

    37 -  1   06/13/05   [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] Motion to Stay
                         Proceeding to be filed by close of business 06/14/05, evidentiary
                         hearing set for 06/17/05 cc: USA, USM, FPD, FPO, Judge Hall.

    38 -  1   06/14/05   [Re: DEF 1] PLF 1 motion for leave to file notice of interlocatory
                         appeal.

    39 -  1   06/16/05   [Re: DEF 1] PLF 1 motion to stay proceedings.

    40 -  1   06/17/05   [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] Status Hearing/Final
                         Pretrial Conference.  Court granted motion for leave to file notice of
                         interlocatory appeal nunc pro tunch 5-26-05 (38-1). Evidentiary hearing
                         on Motion to suppress/Final Pretrial Conference set for 7-15-05 at 9:00
                         a.m.  Trial by jury set for 7-22-05 at 9:00 a.m. in Fairbanks.  cc: USA;
                         USM; USPO; MJ Haden, FPD; MJ Hall.

    41 -  1   06/21/05   DEF 1 opposition to [Re: DEF 1] PLF 1 motion to stay proceedings (39-1).

    42 -  1   06/27/05   [Re: DEF 1] PLF 1 opening brief (appeal of magistrate decision at dkt
                         #17).

    43 -  1   06/28/05   [Re: DEF 1] TWH Order denying motion to stay proceedings (39-1).

    44 -  1   07/11/05   [Re: DEF 1] PLF 1 Notice of discovery conference held 07/11/05.

    45 -  1   07/14/05   [Re: DEF 1] TWH Minute Order advising parties to be prepared to brief
                         Morgan v US at O/A 07/15/05. cc: Bartleson, Haden

    46 -  1   07/15/05   [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] oral argument held
                         07/15/05, change of plea to GUILTY to count 5, counts 3,4, and 6
                         dismissed without prejudice,stay in all pending pretrial motions, TBJ
                         VACATED,COP/Sentencing set for July 21,2005 at 10:30 a.m. cc: USA, USM,
                         FPO,HADEN, MJ HALL

    47 -  1   07/22/05   [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] terminating in light
                         of this order: motion to dismiss count VI (21-1), motion to compel
                         election between multiplicitous conuts (22-1), motion to suppress
                         (23-1), motion to sever counts & memo of law in support (24-1)  Change
                         of plea held 7-21-05. Def changed plea to guilty on ct 5 of the
                         information. Govt oral motion to dismiss cts 3, 4, and 6 w/out prej is
                         granted. Oral motion to dismiss any pretrial motions is granted. Oral
                         motion for def to appear telephonically at IOS is granted. IOS set for
                         10-7-05 at 9:00 a.m. in Fairbanks.  cc: USA; USM: USPO; MJ Haden.

    48 -  1   07/28/05   DEF 1 Unopposed motion for extension of time to file response 8/1/05.

    49 -  1   08/01/05   DEF 1 opposition to [Re: DEF 1] PLF 1 opening brief (appeal of
                         magistrate decision at dkt #17) (42-1).

    50 -  1   08/02/05   [Re: DEF 1] TWH Order granting unopposed motion for extension of time to
                         file response 8/1/05 (48-1).  cc: SAUSA, FPD
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F05-0019--CR (TWH)
                            "USA V DANANN MARIE CHAVEZ"

                                 For all filing dates


Document #    Filed      Docket text

   51 -   1   08/02/05   [Re: DEF 1] TWH Amended Court Minutes [ECR: Tina Grothause] change of
                         plea held 07/21/05, gov't declined to withdraw appeal,changed plea to
                         GUILTY, oral motion to dismiss counts 3,4, and 6 granted,oral motion to
                         dismiss any pretrial motions is granted,IOS set for 10/07/05 at 9:00
                         a.m. cc: cnsl, MJ Hall,USM, FPO

   52 -   1   08/15/05   [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 opening brief
                         (appeal of magistrate decision at dkt #17) (42-1).

   53 -   1   09/01/05   [Re: DEF 1] RRB Order denying motion (appeal of magistrate decision at
                         dkt #17) (42-1); the MJ decision dsmssg ct 1&2 of the Info is affirmed.
                         cc: USA, FPD, MJ Hall

   54 -   1   10/03/05   DEF 1 Sentencing Memorandum.

   55 -   1   10/06/05   DEF 1 motion on shortened time to continue sentencing hearing by 45
                         minutes.

   56 -   1   10/07/05   TWH Order granting motion on shortened time to continue sentencing
                         hearing by 45 minutes (55-1).

   57 -   1   10/12/05   [Re: DEF 1] TWH Court Minutes [ECR: Carolyn Bollman] from IOS held
                         10/07/05:  1 yr probation under 18 USC 3607. cc: Warren, Haden, FPO, USM

   58 -   1   10/18/05   [Re: DEF 1] TWH Order of Probation (and Consend of the Defendant) under
                         18 U.S.C. 3607, one year probation,  fine of $1000 special assessment
                         $25 cc: USA, Haden, USM, USPO, MJ Hall.

   58 -   2   10/18/05   [Re: DEF 1] TWH Judgment dismissed or Other count(s) 3,4,6 of the
                         Information (1-1); pleaded guilty to count(s) 5 of the Information
                         (1-1).

   59 -   1   10/20/05   [Re: DEF 1] PLF 1 Plea Agreement.
```