# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DANNAN MARIE CHAVEZ,<br>Defendant. | Case Number: 4:05CR0019(TWH)<br><br>**ORDER FOR DISCHARGE<br>FROM PROBATION** |

It appearing to the Court that Dannan Marie Chavez has been on pre-judgment probation since October 18, 2005, and has complied with the terms and conditions of probation, it is therefore appropriate that she be discharged from probation pursuant to 18 U.S.C. § 3607.

IT IS HEREBY ORDERED that Dannan Marie Chavez be unconditionally discharged from probation and that the proceedings against her be terminated without the entry of a judgment.

_____
The Honorable Terrance W. Hall,
U.S. Magistrate Judge

13 Oct 2006
Date